No. 07-17-00200-CV

| | | |
|---|---|---|
| Endoscopy GP, LLC and Amarillo Endoscopy Center, L.P. Appellants | § § | From the County Court at Law No. 2 of Potter County |
| v. | § | July 17, 2017 |
| AmeriPride Services, Inc. Appellee | § § | Opinion Per Curiam |

## J U D G M E N T

Pursuant to the opinion of the Court dated July 17, 2017, it is ordered, adjudged and decreed that the judgment of the trial court be set aside and this cause be remanded to the trial court for rendition of judgment in accordance with the agreement of the parties.

It is further ordered that all costs on appeal should be taxed against the parties incurring them.

It is further ordered, adjudged and decreed that inasmuch as the judgment of the trial court be set aside at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

.       It is further ordered that this decision be certified below for observance.

o O o